PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. |
|---|---|
| Plaintiff, | **APPLICATION FOR WRIT OF CONTINUING GARNISHMENT** |
| v. | |
| THOMAS W. STRINGFELLOW, | Criminal Case No. 2:14-CR-00157-MCE |
| Debtor. | |
| DIAMOND STAR PAINTING, INC., (and its Successors and Assignees) | |
| Garnishee. | |

The United States, in accordance with the Federal Debt Collection Procedures Act of 1990 ("FDCPA"), 28 U.S.C. § 3205(b)(1), requests that the Clerk of the United States District Court issue a Writ of Continuing Garnishment against twenty-five percent (25%) of Thomas W. Stringfellow's ("Debtor") non-exempt disposable earnings held by Diamond Star Painting, Inc. ("Garnishee"). Upon information and belief, Debtor has a substantial nonexempt interest in property, as defined in 28 U.S.C. § 3002(12), that is in the possession, custody, or control of Garnishee.

On or about December 18, 2014, Debtor was sentenced in criminal case number 2:14-CR-00157-MCE and ordered to pay a statutory assessment of $200.00 and restitution of $687,182.00 ("Judgment

Amount"). As of May 20, 2022, Debtor owes $673,207.00. Despite the United States' demand for payment, made more than 30 days before the date of this Application, Debtor has failed to satisfy the debt. No interest accrues on this debt. The United States also seeks to recover the statutorily authorized ten percent (10%) litigation surcharge of the unpaid Judgment Amount ($67,320.70) pursuant to 28 U.S.C. § 3011(a). The total amount sought by this garnishment action is $740,527.70.

Debtor's social security number is \*\*\*-\*\*- 0570. Debtor's last known address is 1459 Buttercup Lane, Olivehurst, California 95961.

When the Court sentenced Debtor and ordered Debtor to pay restitution and/or a fine, a lien arose in favor of the United States on all property and rights to property as if the liability "were a liability for a tax assessed under the Internal Revenue Code of 1986," pursuant to 18 U.S.C. § 3613(c).

Accordingly, the United States respectfully requests that the Clerk issue a Writ of Continuing Garnishment in accordance with the FDCPA.

Respectfully submitted,

Dated: May 20, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ *ROBIN TUBESING*
ROBIN TUBESING
Assistant United States Attorney