IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS W. STRINGFELLOW,<br><br>Debtor.<br><br>DIAMOND STAR PAINTING, INC.,<br><br>Garnishee. | Case No. 2:22-MC-00162-JAM-KJN<br><br>**ORDER TERMINATING<br>WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:14-cr-00157-JAM |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby **GRANTS** the Request. Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on May 24, 2022, is hereby **TERMINATED**; and

///

///

///

ORDER TERMINATING WRIT OF GARNISHMENT                1

///

///

2.      The Clerk of the United States District Court shall **CLOSE** this miscellaneous case.

IT IS SO ORDERED.

Dated: April 02, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

ORDER TERMINATING WRIT OF GARNISHMENT

2